**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. <u>R.</u> 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3449-19

DARRYL HAMILTON,

     Petitioner-Appellant,

v.

NEW JERSEY STATE POLICE,

     Respondent-Respondent.

_____

          Submitted November 9, 2021 – Decided November 29, 2021

          Before Judges Currier, DeAlmeida and Smith.

          On appeal from the New Jersey Division of State Police.

          Legal Services of New Jersey, attorneys for appellant (Akil Roper and Melville D. Miller, of counsel and on the briefs).

          Andrew J. Bruck, Acting Attorney General, attorney for respondent (Jane C. Schuster, Assistant Attorney General, of counsel; Tasha M. Bradt, Deputy Attorney General, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of this appeal, it is hereby ordered that the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3449-19